E-FILING

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

**Filed**

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

#9
Fees Pd
ST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PJH**

Adobe Systems Incorporated,

C 08 01538

                    Plaintiff,

        v.

Kamal Salibi, Aref Salibi, Gifts & Things, Inc.
and Does 1 – 10, inclusive,

                    Defendants.

Case No.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT AND TRADEMARK
INFRINGEMENT

DEMAND FOR A JURY TRIAL

Plaintiff Adobe Systems Incorporated ("Adobe") for its Complaint alleges as follows:

**I.    Introduction**

1.      Adobe brings this action as a result of Defendants' systematic, unauthorized copying and distribution of Adobe's software products through sales on the eBay online auction site. Defendants' actions, commonly known as software piracy, are willful and cause substantial damage to Adobe and to the software industry.

2.      Adobe is a global leader in developing and distributing innovative computer software. Its products and services offer developers and enterprises tools for creating, managing, delivering and engaging with compelling content across multiple operating systems, devices and media. The software industry is competitive, and Adobe undertakes great expense and risk in conceiving, developing, testing, manufacturing, marketing, and delivering its software products to consumers. Software piracy, including piracy on eBay, undermines Adobe's investment and creativity, and misleads and confuses consumers.

3.      Defendants, through usernames including "tv_products" and, on information and belief, other aliases including "tvcorp" and "rogersalibi", have made, offered for sale, sold, and

Adobe v. Salibi: Complaint (Copyright and Trademark)        - 1 -

**ORIGINAL**

1  distributed unauthorized copies of Adobe software (the "Unauthorized Software Product")
2  including at least Adobe Photoshop CS3 (the "Adobe Software") and likely other products.
3  Additional Doe defendants – whose identities will be determined in discovery – support, assist,
4  supervise and/or supply Defendants in these illegal activities. Adobe owns registered United States
5  copyrights and trademarks including but not limited to the foregoing product and its associated
   marks.

6      4.      Defendants' activities constitute willful copyright infringement and willful
7  trademark infringement pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*. (the
8  "Copyright Act.") and the Lanham Trademark Act, as amended, 15 U.S.C., § 1051, *et seq*. (the
9  "Lanham Act"). Adobe requests an injunction, and that Defendants pay damages, costs, and
10  attorneys' fees.

11  **II.    Jurisdiction and Venue**

       5.      The Court has jurisdiction over the subject matter pursuant to 15 U.S.C. § 1121, 28
12  U.S.C. § 1331 and § 1338(a).

13      6.      The events giving rise to the claims alleged herein occurred, among other places,
14  within this judicial district. Venue in the Northern District of California is proper pursuant to 28
15  U.S.C. § 1391(b) and § 1400(a).

16  **III.    The Parties**

17      **A.    Plaintiff Adobe and Its Products**

       7.      Adobe is a corporation duly organized and existing under the laws of the State of
18  Delaware, having its principal place of business in San Jose, California.

19      8.      The Adobe Software is copyrightable subject matter, and Adobe owns exclusive
20  rights under the Copyright Act to reproduce and distribute to the public copies of Adobe Software
21  in the United States. Among the titles produced and distributed by Adobe are *Acrobat*, *Creative*
22  *Suite*, *Dreamweaver*, *Flash*, *Illustrator*, *PageMaker*, *Photoshop*, and *Shockwave*. A non-
23  exhaustive list of Adobe's copyright registrations is attached hereto as Exhibit A ("Adobe's
   Copyrights").
24
       9.      Products manufactured and sold by Adobe bear Adobe's trademarks, including
25  without limitation, the ADOBE, ACROBAT, CREATIVE SUITE, DREAMWEAVER, FLASH,
26  ILLUSTRATOR, MACROMEDIA, PAGEMAKER, PHOTOSHOP, POSTSCRIPT, READER
27  and SHOCKWAVE trademarks (collectively "Adobe's Trademarks"). Adobe uses Adobe's
28  Trademarks on computer software as indicia of Adobe's high quality products. Each year Adobe

1    expends significant resources to develop and maintain the considerable goodwill it enjoys in

2    Adobe's Trademarks and in its reputation for high quality.

3        10.     Adobe has secured registrations for Adobe's Trademarks, all of which are valid,

4    extant and in full force and effect. Adobe's Trademarks are exclusively owned by Adobe. A non-

5    exhaustive list of Adobe's trademark registrations is attached hereto as Exhibit B. Adobe, or its

6    predecessors in interest, has continuously used each of Adobe's Trademarks from the registration

     date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

7        11.     As a result of advertising and sales, together with longstanding consumer

8    acceptance, Adobe's Trademarks identify Adobe's products and authorized commercial

9    distribution of these products. Adobe's Trademarks have each acquired secondary meaning in the

10   minds of consumers throughout the United States and the world. Adobe's Copyrights and Adobe's

11   Trademarks are collectively referred to herein as "Adobe's Intellectual Properties."

         **B.**    **Defendants**

12       12.     Defendant Kamal Salibi ("Salibi") is an individual. Adobe is informed and believes

13   that Salibi is a resident of Doral, Florida. Salibi does business under the eBay user IDs

14   "tv_products", "tvcorp" and "rogersalibi". Other aliases or eBay user IDs will be determined in

15   discovery. Salibi, through his online identity or identities, does business in California through

16   sales and distribution of the Unauthorized Software Product in the State of California, among other

17   places.

18       13.     Defendant Aref Salibi ("Aref") is an individual. Adobe is informed and believes

     that Salibi is a resident of Ft. Lauderdale, Florida. Aref does business under the eBay user IDs

19   "tv_products", "tvcorp" and "rogersalibi". Other aliases or eBay user IDs will be determined in

20   discovery. Aref, through his online identity or identities, does business in California through sales

21   and distribution of the Unauthorized Software Product in the State of California, among other

22   places.

23       14.     Defendant Gifts & Things, Inc. ("Gifts") is a corporation organized and existing

24   under the laws of the State of Florida with its principal place of business in the city of Ft.

     Lauderdale, Florida. Adobe is further informed and believes, and upon that basis alleges, that Gifts

25   does business under the eBay user IDs "tv_products", "tvcorp" and "rogersalibi". Other aliases or

26   eBay user IDs will be determined in discovery. Gifts, through its online identity or identities, does

27   business in California through sales and distribution of the Unauthorized Software Product in the

28   State of California, among other places.

Adobe v. Salibi: Complaint (Copyright and Trademark)    - 3 -

1    15.    Upon information and belief, Does 1 – 10 are either entities or individuals who are

2  subject to the jurisdiction of this Court. Upon information and belief, Does 1 – 10 are principals,

3  supervisory employees, or suppliers of one or other of the named defendants or other entities or

4  individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for

5  sale merchandise without authorization that infringes Adobe's Intellectual Properties. The

6  identities of the various Does are unknown to Adobe at this time. The Complaint will be amended

7  to include the names of such individuals when identified. Salibi, Aref, Gifts and Does 1 – 10 are

   collectively referred to herein as "Defendants."

8    **IV.    Defendants' Infringing Activities**

9    16.    Defendants use, among other things, the Internet auction site known as eBay to sell

10 and distribute products, including pirated copies of software, to consumers. At any given time,

11 there are millions of items listed on eBay for bid or purchase by its more than one hundred million

12 (100,000,000) registered users. Buyers have the option to purchase items in an auction-style

13 format or items can be purchased at a fixed price through a feature called Buy it Now. Through the

14 eBay "feedback" feature, buyers and sellers may (but are not required) to post positive, neutral or

15 negative "feedback" or comments on their purchase and sale experience. While feedback can give

16 some indication of sales volume, actual sales may far exceed the number of feedback entries a

   seller receives.

17    17.    Among Defendants' products offered for sale and sold on eBay, and distributed to

18 purchasers, are unauthorized copies of Adobe Software. On information and belief, Defendants or

19 their agents made such copies. Adobe has not authorized Defendants or their agents to make or

20 distribute copies of the Adobe Software. Indeed, Adobe has not licensed Defendants to distribute

   its software, period.

21    18.    Defendants also use images confusingly similar or identical to Adobe's Trademarks,

22 to confuse consumers and aid in the promotion of their unauthorized products. Defendants' use of

23 Adobe's Trademarks includes importing, advertising, displaying, distributing, selling and/or

24 offering to sell unauthorized copies of the Adobe Software. Defendants' use began long after

25 Adobe's adoption and use of Adobe's Trademarks, and after Adobe obtained the copyright and

26 trademark registrations alleged above. Neither Adobe nor any authorized agents have consented to

   Defendants' use of the Adobe Trademarks.

27    19.    Defendants have, through over a thousand sales, obtained a substantial "feedback

28 rating" through the eBay feedback system. This feedback rating, obtained essentially through

Adobe v. Salibi: Complaint (Copyright and Trademark)         - 4 -

1    Defendants' illegal activities, may further confuse consumers and aid in even wider distribution of

2    unauthorized copies of the Adobe Software

3        20.    Defendants' actions have confused and deceived, or threatened to confuse and

4    deceive, the consuming public concerning the source and sponsorship of the unauthorized copies of

5    the Adobe Software offered, sold and distributed by Defendants.  By their wrongful conduct,

     Defendants have traded upon and diminished Adobe's goodwill.

6
                                   **FIRST CLAIM FOR RELIEF**

7                                  **(For Copyright Infringement)**

8        21.    Adobe repeats and realleges all of the allegations contained in paragraphs 1 through

9    20, inclusive, as though set forth herein in full.

10       22.    As alleged herein, Defendants' activities infringe valid and effective copyrights

11   registered by Adobe, and induce, cause, and materially contribute to infringement.  Defendants'

     infringement was willful.

12
         23.    Adobe has suffered and continues to suffer direct and actual damages as a result of

13   Defendants' infringing conduct.  The full extent of such damages, including profits by Defendants,

14   will be determined following the accounting by Defendants pursuant to 17 U.S.C. § 504.  Prior to

15   final judgment Adobe may elect to recover statutory damages of up to $150,000 for each of

16   Adobe's Copyrights infringed, as an alternative to actual damages and profits.

17       24.    Adobe has no other adequate remedy at law and has suffered and continues to suffer

18   irreparable harm and damage as a result of Defendants' acts.  Unless enjoined by the Court,

     Defendants' infringing activity will continue, with attendant irreparable harm to Adobe.

19   Accordingly, Adobe seeks injunctive relief pursuant to 17 U.S.C § 502 and seizure of unauthorized

20   copies of the Adobe Software, including the means of production as provided by 17 U.S.C. § 503.

21       25.    By reason of the foregoing, Adobe has incurred and will continue to incur attorneys'

22   fees and other costs in connection with the prosecution of its claims.  Adobe is entitled to recover

23   its fees and costs from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

24                                 **SECOND CLAIM FOR RELIEF**

                                   **(For Trademark Infringement)**

25
         26.    Adobe repeats and realleges all of the allegations contained in paragraphs 1 through

26   25, inclusive, as though set forth herein in full.

27       27.    Defendants' manufacture, importation, advertisement, display, promotion,

28   marketing, distribution, sale and/or offer for sale of the unauthorized copies of the Adobe Software

Adobe v. Salibi: Complaint (Copyright and Trademark)          - 5 -

1   is likely to cause confusion or to cause mistake or to deceive the relevant public and trade

2   regarding the affiliation, sponsorship, endorsement or approval of the Unauthorized Software

3   Product by Adobe. Such confusion, mistake and deception is aggravated by the use of Adobe's

4   Trademarks on the Unauthorized Software Product in the same type of goods made, imported and

5   sold by or under authority of Adobe.

6       28.    Defendants, and each of them, acted with knowledge of the federally registered

    trademarks alleged herein and of the valuable goodwill Adobe enjoys in connection therewith, with

7   intent to confuse, mislead and deceive the public into believing that the unauthorized copies of the

8   Adobe Software was made, imported and sold by Adobe, or are in some other manner, approved or

9   endorsed by Adobe.

10      29.    Adobe has suffered and continues to suffer irreparable harm and damage as a result

    of Defendants' acts of trademark infringement in amounts thus far not determined but within the

11  jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117. In

12  order to determine the full extent of such damages, including such profits as may be recoverable

13  under 15 U.S.C. § 1117, Adobe will require an accounting from each Defendant of all monies

14  generated from the manufacture, importation, distribution and/or sale of the Unauthorized Software

15  Product as alleged herein. In the alternative, Adobe may elect to recover statutory damages

16  pursuant to 15 U.S.C. § 1117 (c).

17      30.    Adobe has no other adequate remedy at law and has suffered and continues to suffer

    irreparable harm and damage as a result of the above-described acts of infringement. Adobe is

18  informed and believes, and upon that basis alleges, that, unless enjoined by the Court, the unlawful

19  infringement will continue with irreparable harm and damage to Adobe. Accordingly, Adobe

20  seeks and requests preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

21      31.    By reason of the foregoing, Adobe has incurred and will continue to incur attorneys'

22  fees and other costs in connection with the prosecution of its claims herein, which attorneys' fees

23  and costs Adobe is entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. §

24  1117 (c).

## PRAYER FOR RELIEF

25      WHEREFORE, Adobe asks this Court to order:

26      A.     That Defendants, their agents, servants, employees, representatives, successor and

27  assigns, and all persons, firms, corporations or other entities in active concert or participation with

28  any of said Defendants, be immediately and permanently enjoined from:

Adobe v. Salibi: Complaint (Copyright and Trademark)        - 6 -

1) Directly or indirectly infringing Adobe's Intellectual Properties in any manner, including generally, but not limited to, reproduction, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes said Adobe's Intellectual Properties, and, specifically:

2) Reproducing, importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Software Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Adobe's Intellectual Properties;

3) Reproducing, importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Adobe's Intellectual Properties;

4) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Adobe, are sponsored, approved or licensed by Adobe, or are in some way affiliated with Adobe;

5) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Adobe;

6) Otherwise competing unfairly with Adobe in any manner;

7) Destroying or otherwise disposing of

   a. Merchandise falsely bearing Adobe's Intellectual Properties;

   b. Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Adobe's Intellectual Properties;

   c. Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Adobe's Intellectual Properties;

d.   Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Adobe's Intellectual Properties;

e.   Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of Unauthorized Software Product;

B.    That Adobe and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

1)   All Unauthorized Software Product;

2)   Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Adobe's Intellectual Properties, or any part thereof;

3)   Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing Unauthorized Software Product or unauthorized product which reproduces, copies, counterfeits, imitates or bears any of the Adobe's Intellectual Properties, or any part thereof.

C.    That those Defendants infringing upon Adobe's Intellectual Properties be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Adobe's election;

D.    That actual damages be trebled pursuant to 15 U.S.C. § 1117;

E.    That Defendants account for and pay over to Adobe all damages sustained by Adobe and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

/ / /

/ / /

/ / /

/ / /

1    F.    That Adobe recovers from Defendants its costs of this action and reasonable

2  attorneys' fees; and

3    G.    That Adobe has all other and further relief as the Court may deem just and proper

4  under the circumstances.

5  Dated: March 16 , 2008                    J. Andrew Coombs, A Professional Corp.

6

7                                        By: _____

                                              J. Andrew Coombs
8                                             Annie S. Wang
                                              Attorneys for Plaintiff Adobe Systems Incorporated
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adobe v. Salibi: Complaint (Copyright and Trademark)          - 9 -

1

## **DEMAND FOR JURY TRIAL**

2

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Adobe Systems Incorporated

3

hereby demands a trial by jury of all issues so triable.

4

5    Dated: March 6, 2008                          J. Andrew Coombs, A Professional Corp.

6

                                                 By:
7                                                     J. Andrew Coombs
                                                     Annie S. Wang
8                                                Attorneys for Plaintiff Adobe Systems Incorporated

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adobe v. Salibi: Complaint (Copyright and Trademark)          - 10 -

1

2

**EXHIBIT A**
**Copyright Registrations**

| Title of Work | Copyright Registration No. |
|---|---|
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |

Adobe v. Salibi: Complaint (Copyright and Trademark)       - 11 -

| | |
|---|---|
| Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |
| Adobe Acrobat Fill in 4.0. | TX0004241942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Messenger 1.0. | TX0005241268 |
| Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| Adobe ActiveShare 1.0. | TX0005086423 |
| Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| Adobe After Effects 5.5 Plug-in Power Pack for Macintosh. | TX0005546626 |
| Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |

| | |
|---|---|
| Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| Adobe Audition 1.0 for Windows. | TX0005777207 |
| Adobe Audition 1.5 for Windows. | TX0005932189 |
| Adobe Audition 2.0 for Windows. | TX0006277359 |
| Adobe Audition 3.0 for Windows. | TX0006816095 |
| Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| Adobe Captivate 2 for Windows. | TX0006390833 |
| Adobe Carlson Regular. | TX0003374876 |
| Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| Adobe Caslon Alternate Bold. | TX0003501547 |
| Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| Adobe Creative Suite for Macintosh. | TX0005844481 |
| Adobe Creative Suite for Windows. | TX0005844480 |
| Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |
| Adobe Exchange 2.0 for Windows. | TX0003961129 |
| Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Solaris. | TX0006457897 |
| Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| Adobe Illustrator 10 for Windows. | TX0005446857 |
| Adobe Illustrator 3.0. | TX0003000202 |
| Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| Adobe Illustrator CS for Macintosh. | TX0005780817 |
| Adobe Illustrator CS for Windows. | TX0005780806 |
| Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |
| Adobe Illustrator. | TX0003380406 |

| | |
|---|---|
| Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| Adobe Photoshop : 5.5. | TX0005213806 |
| Adobe Photoshop 6.0. | TX0005196369 |
| Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| Adobe Photoshop CS for Macintosh. | TX0005780846 |
| Adobe Photoshop CS for Windows. | TX0005780847 |
| Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| Adobe Photoshop Macintosh. | TX0003551958 |
| Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| Adobe Photoshop Windows. | TX0003596143 |
| Adobe Photoshop. | TX0004068613 |
| Adobe Photoshop. | TX0003120306 |
| Adobe Photoshop. | TX0002897138 |
| Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| Adope PhotoDeluxe, V1.0. | TX0004809739 |
| Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| Authorware 7.0 | TX0005800627 |
| Contribute 4 (Mac) | TX0006471404 |
| Designer 6.0 (Win) | TX0005932242 |
| Encore DVD 2.0 | TX0006277348 |
| Font Folio 9.0 (Mac) | TX0005401449 |
| Font Folio Open Type | TX0005845931 |
| Form Manager 6.0 | TX0006042527 |
| Framemaker 7.0 (Mac) | TX0005596921 |
| Framemaker 7.0 (Win) | TX0005596919 |
| FreeHand MX (Mac) | TX0005746988 |
| GoLive CS2 (Mac) | TX0006131268 |
| GoLive CS2 (Win) | TX0006131269 |
| Illustrator CS2 (Mac) | TX0006131282 |
| Illustrator CS2 (Win) | TX0006131283 |
| InCopy CS (Mac) | TX0005780859 |
| InCopy CS (Win) | TX0005780858 |

Adobe v. Salibi: Complaint (Copyright and Trademark)        - 14 -

| InDesign CS2 (Mac) | TX0006139165 |
|---|---|
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |

1

2

<u>**EXHIBIT B**</u>
<u>**Trademark Registrations**</u>

3

| **Trademark Registration No.:** | **Title of Work:** | **Rights Owner:** |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2076967 | THE ADOBE GROUP | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1482233 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1486895 | ADOBE | Adobe Systems Incorporated |
| 1479408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 1383131 | POSTSCRIPT | Adobe Systems Incorporated |
| 1463458 | POSTSCRIPT | Adobe Systems Incorporated |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adobe v. Salibi: Complaint (Copyright and Trademark)        - 16 -

| | | |
|---|---|---|
| 2520435 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2650911 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2852245 | FLASH | Adobe Systems Incorporated |
| 2855434 | FLASH | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2068523 | ACROBAT | Adobe Systems Incorporated |
| 1997398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 1901566 | SHOCKWAVE | Adobe Systems Incorporated |
| 2294926 | DREAMWEAVER | Adobe Systems Incorporated |
| 2091087 | PAGEMAKER | Adobe Systems Incorporated |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adobe v. Salibi: Complaint (Copyright and Trademark)          - 17 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS

Adobe Systems Incorporated

## DEFENDANTS

Kamal Salibi, Aref Salibi, Gifts & Things, Inc. and Does 1-10, inclusive,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Santa Clara County

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

J. Andrew Coombs, A P.C., 517 E. Wilson Ave., Suite 202
Glendale, CA 91206 / Telephone: (818) 500-3200

ATTORNEYS (IF KNOWN)

# C 08 01538 PJH

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only)                    AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth In Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☑ 820 Copyright<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (US Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other | ☐ 510 Motion to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Copyright infringement 17 U.S.C. §§ 101, et seq.

## VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $_____ ☐ CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23                                       JURY DEMAND: ☑ YES ☐ NO

## VIII. RELATED CASE(S)    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
## IF ANY                   "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☐ SAN FRANCISCO/OAKLAND    ☑ SAN JOSE

DATE
3-16-08

SIGNATURE OF ATTORNEY OF RECORD

ORIGINAL

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002814
Cashier ID: harwellt
Transaction Date: 03/20/2008
Payer Name: J Andrew Coombs
------------------------------------
CIVIL FILING FEE
 For: Adobe Systems Inc.
 Case/Party: D-CAN-3-08-CV-001538-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 4176
 Amt Tendered:  $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

Case # 08-cv-01538-PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.