UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C08-01538 PJH

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

vs.

KAMAL SALIBI, AREF SALIBI,
GIFTS & THINGS, INC. and
DOES 1-10, inclusive,

    Defendants.
_____/

## ANSWER TO COMPLAINT

COME NOW the Defendants, KAMAL SALIBI, AREF SALIBI, GIFTS & THINGS, INC. and DOES 1-10, inclusive, by their undersigned attorneys and file their Answer to the Complaint filed herein and say:

1.     The Defendants deny the allegations contained in paragraph 1 and demand proof thereof.

2.     The Defendants have no knowledge of the allegations contained in paragraph 2 and demand proof thereof.

3.     The Defendants deny the allegations contained in paragraph 3 and demand proof thereof.

4.     The Defendants deny the allegations contained in paragraph 4 and demand

proof thereof.

5. The Defendants deny the allegations contained in paragraph 5 and demand proof thereof.

6. The Defendants deny the allegations contained in paragraph 6 and demand proof thereof.

7. The Defendants have no knowledge of the allegations contained in paragraph 7 and demand proof thereof.

8. The Defendants have no knowledge of the allegations contained in paragraph 8 and demand proof thereof.

9. The Defendants have no knowledge of the allegations contained in paragraph 9 and demand proof thereof.

10. The Defendants have no knowledge of the allegations contained in paragraph 10 and demand proof thereof.

11. The Defendants have no knowledge of the allegations contained in paragraph 11 and demand proof thereof.

12. The Defendants deny the allegations contained in paragraph 12 and demand proof thereof.

13. The Defendants deny the allegations contained in paragraph 13 and demand proof thereof.

14. The Defendants deny the allegations contained in paragraph 14 and demand proof thereof.

15. The Defendants deny the allegations contained in paragraph 15 and demand proof thereof.

16. The Defendants deny the allegations contained in paragraph 16 and demand proof thereof.

17. The Defendants deny the allegations contained in paragraph 17 and demand proof thereof.

18. The Defendants deny the allegations contained in paragraph 18 and demand proof thereof.

19. The Defendants deny the allegations contained in paragraph 19 and demand proof thereof.

20. The Defendants deny the allegations contained in paragraph 20 and demand proof thereof.

21. The Defendants deny the allegations contained in paragraph 21 and demand proof thereof.

22. The Defendants deny the allegations contained in paragraph 22 and demand proof thereof.

23. The Defendants deny the allegations contained in paragraph 23 and demand proof thereof.

24. The Defendants deny the allegations contained in paragraph 24 and demand proof thereof.

25. The Defendants deny the allegations contained in paragraph 25 and demand

proof thereof.

26. The Defendants deny the allegations contained in paragraph 26 and demand proof thereof.

27. The Defendants deny the allegations contained in paragraph 27 and demand proof thereof.

28. The Defendants deny the allegations contained in paragraph 28 and demand proof thereof.

29. The Defendants deny the allegations contained in paragraph 29 and demand proof thereof.

30. The Defendants deny the allegations contained in paragraph 30 and demand proof thereof.

31. The Defendants deny the allegations contained in paragraph 31 and demand proof thereof.

WHEREFORE, the Defendants, KAMAL SALIBI, AREF SALIBI, GIFTS & THINGS, INC. and DOES 1-10, inclusive, pray that the Court enter judgment in favor of the Defendants.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been mailed/faxed this _____ day of _____, 2008 to: J. Andrew Coombs, a Professional Corp., 517 East Wilson Avenue, Suite 202, Glendale, CA 91206.

SILVER & SILVER
108 S. Miami Avenue, 2nd Floor
Miami, Florida 33130
Tel: (305) 374-4788
Fax: (305) 358-6535


By: s/Ira S. Silver
    IRA S. SILVER, ESQ.

Answers\Salibi-Adobe Systems-complaint

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.